IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                        CRIMINAL NO. 2:17-cr-8-KS-MTP-001

KELLY DENISE IBANEZ

ORDER

THIS CAUSE IS BEFORE THE COURT on Motion for Early Release from Probation [34]. The Court notes that the Movant is on Supervised Release and not Probation. The Court has reviewed the Motion and finds that the information provided has not been verified by the supervising officer in Texas. While what the Movant has stated in the Motion is admirable, it is not sufficient for the Court to terminate her period of Supervised Release. If the Movant would like to file another motion and present documentation from the supervising officer that she has performed satisfactorily, and that the termination of Supervised Release is recommended by the Probation Officer, then the Court would reconsider this Order. However, for the reasons above stated the Court finds that the Motion at this time, should be, and is hereby DENIED WITHOUT PREJUDICE.

SO ORDERED this the 31st day of January, 2023.

UNITED STATES DISTRICT JUDGE